UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEPHANIE BROWN,**

    **Plaintiff,**

vs.                                      Case No.: 6:21-cv-64-Orl-28GJK

**MARRIOTT HOTEL SERVICES, INC.**
**A Foreign Profit Corporation**
    **Defendant.**
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, STEPHANIE BROWN, hereby advises the Court that the Parties have reached a settlement in this case and will file pleadings for dismissal within fourteen (14) days.

Dated this ____28th____ day of May, 2021.

                                                 Respectfully submitted,

                                                 <u>s/ Edward W. Wimp</u>
                                                 Carlos V. Leach, Esquire
                                                 FBN: 0540021
                                                 Edward W. Wimp, Esquire
                                                 FBN: 1015586
                                                 Anthony Hall, Esquire
                                                 FBN: 0040924
                                                 THE LEACH FIRM, P.A.
                                                 631 S. Orlando Ave., Suite 300
                                                 Winter Park, FL 32789
                                                 Telephone: (407) 574-4999
                                                 Facsimile: (833) 813-7513

        Email: cleach@theleachfirm.com
        Email: ewimp@theleachfirm.com
        Email: ahall@theleachfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this __28th__ day of May, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CMECF system which will send a notice to opposing counsel.

        s/ Edward W. Wimp
        Edward W. Wimp, Esquire