# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHANIE BROWN,
    Plaintiff,

v.                                       Case No. 6:21-cv-64-JA-GJK

MARRIOTT HOTEL SERVICES, INC.,
    Defendant.
_____

## ORDER OF DISMISSAL

The Court has been advised by the Plaintiff that the above-styled action has been completely settled. (Notice of Settlement, Doc. 26).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 1st, 2021.

                                                  JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record